UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
CONCEPCION CAMPBELL, &
JEFFREY F. MILLER, individually and
for all those similarly situated,

                Plaintiff,

-against-

STEVEN J. BAUM, ESQ., STEVEN J. BAUM, P.C.,
STEPHANIE M. VAMPOTIC, DAWN HANZLIK-
HEXEMER, ESQ., JANE & DOES 1-10 AS AGENTS
AND/OR EMPLOYEES RELATED TO STEVEN J.
BAUM, PC, MERSCORP, INC., MORTGAGE
ELECTRONIC REGISTRATIONS, INC., REBECCA
A. COSGROVE & JOHN DOES 1-10 AS AGENTS
AND/OR EMPLOYEES RELATED TO DEFENDANT
MERSCORP, INC.,

                Defendants.
----------------------------------------------------------------- X

Case No.
10-cv-3800 (JBW) (JO)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Brett A. Scher dated October 18, 2010, the exhibits attached thereto, and the accompanying memorandum of law, and upon the pleadings and proceedings had herein, the undersigned will move this court on a date to be set by the Court or as soon thereafter as counsel can be heard, before the Hon. Jack B. Weinstein at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and Rule 9(b) dismissing the plaintiffs' second amended complaint and granting such other and further relief that the Court deems necessary and proper.

**PLEASE TAKE FURTHER NOTICE**, that, opposition briefs, if any, must be served in accordance with Local Civil Rule 6.1.

Dated:   New York, New York
         October 18, 2010

>                               Respectfully submitted,
>
>                               Kaufman Dolowich Voluck & Gonzo LLP
>
>                               By: _____
>                               By:  Brett A. Scher
>                               Attorneys for the Baum Defendants
>                               135 Crossways Park Drive, Suite 201
>                               Woodbury, New York 11797
>                               (516) 681-1100
>                               Our File No.:  045610-0002

TO:

LAW OFFICES OF SUSAN CHANA LASK
Attorneys for Plaintiffs
244 Fifth Avenue, Suite 2369
New York, New York 10001
(212) 358-5762

4817-5086-3111, v. 1