*Law Offices of*
# SUSAN CHANA LASK

**244 Fifth Avenue, Suite 2369**
**New York, N.Y.  10001**

(212) 358-5762                                              www.appellate-brief.com

April 11, 2011

Honorable James Orenstein, Magistrate Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East, Rm. 1227 South
Brooklyn, NY 11201

Re: <u>Campbell v. Baum et. Al., Case No.: 10 cv-03800</u>

Dear Honorable Judge Orenstein:

      I did not respond immediately to Defendant Baum's motion to enforce filed today as literally all day I was working on facilitating settlement with his counsel, and decided not to waste time opposing when facilitating settlement wa sthe goal. Although most of Mr. Scher's letter is correct; his assumption in his second to the last paragraph is incorrect that Mr. Miller retracted a settlement to avoid deadlines. That was not my position as I continued to facilitate settlement. Mr. Scher understands this is not written as adversarial but only to correct the record.

      The **good news** is that as of this moment, I was able with all counsel to obtain the last two requests by Mr. Miller that he stated to this Court at the conference last week and in his last email to me that he would settle if (a) dismissal to MERS is **without** prejudice (see attached stip which we expect to file tomorrow awaiting MERS to sign which they agreed to), (b) Mr. Miller received exactly what he told Your Honor he wanted as to othe rterms I will not disclose a sthey are confidential and (c) as Mr. Scher's letter motion today represents, Mr. Scher removed language barring Mr. Miller to solicit certain future discovery, which was what Mr. Miller stated to your Honor was his main concern.  All of that is now in the final settlement per Mr. Miller's direction.

      As counsel to Mr. Miller and per his directions to settle on those terms which I negotiated and received today, there is no doubt there is a settlement.  I am awaiting his signature page to be faxed tonight so we can file tomorrow the stipulation to the court.

      It was a complex and contentious case. I  thank Your Honor for your time and all counsel involved for finalizing this matter.

                                                  Very truly yours,
                                                   LAW OFFICES OF SUSAN CHANA LASK

                                                   *Susan Chana Lask*
                                                   SUSAN CHANA LASK

cc:  Andrew Boese, Esq., Brett Scher, Esq.
      Jeffrey Miller

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
CONCEPCION CAMPBELL, &
JEFFREY F. MILLER, individually and
for all those similarly situated,

                    Plaintiffs,

   -against-

STEVEN J. BAUM, ESQ., STEVEN J. BAUM, P.C.,
STEPHANIE M. VAMPOTIC, DAWN HANZLIK-
HEXEMER, ESQ., JANE & DOES 1-10 AS AGENTS
AND/OR EMPLOYEES RELATED TO STEVEN J.
BAUM, PC, MERSCORP, INC., MORTGAGE
ELECTRONIC REGISTRATIONS, INC., REBECCA
A. COSGROVE & JOHN DOES 1-10 AS AGENTS
AND/OR EMPLOYEES RELATED TO DEFENDANT
MERSCORP, INC.,

                   Defendants.
---------------------------------------------------------------------- X

Case No.:
10-cv-3800 (JBW) (JO)

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued: (a) **with prejudice** as against defendants STEVEN J. BAUM, ESQ., STEVEN J. BAUM, P.C.,STEPHANIE M. VAMPOTIC, DAWN HANZLIK- HEXEMER, ESQ., and JANE & DOES 1-10 AS AGENTS AND/OR EMPLOYEES RELATED TO STEVEN J.BAUM, PC; and (b) **with prejudice** by plaintiff CONCEPCION CAMPBELL as against defendants MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATIONS, INC.; and (c) **without prejudice** by plaintiff JEFFREY MILLLER as against defendants MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATIONS, INC.; without costs to any party as against any other party.

Dated:    April 11, 2011

SO ORDERED:

_____
Jack Weinstein, U.S.D.J.

| | |
|---|---|
| LAW OFFICES OF SUSAN CHANA LASK | KAUFMAN DOLOWICH VOLUCK & GONZO LLP |

*/s/ Susan Chana Lask*

By: Susan Chana Lask, Esq.
Attorneys for Plaintiff
244 Fifth Avenue, Suite 2369
New York, New York 10001
(212) 358-5762

By: Brett A. Scher
Attorneys for Defendants
STEVEN J. BAUM, ESQ.,
STEVEN J. BAUM, P.C.,
STEPHANIE M. VAMPOTIC,
DAWN HANZLIK-HEXEMER, ESQ.,
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

MORGAN, LEWIS & BOCKIUS LLP

By: Namita E. Mani, Esq.
Attorneys for Defendants MERSCORP, Inc.
and Mortgage Electronic Registrations, Inc.
101 Park Avenue
New York, NY 10178
(212) 309-6000

4838-3401-5753, v. 1