*Law Offices of*
# SUSAN CHANA LASK

*244 Fifth Avenue, Suite 2369*
*New York, N.Y.  10001*

(212) 358-5762     www.appellate-brief.com

April 12, 2011

Honorable James Orenstein, Magistrate Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East, Rm. 1227 South
Brooklyn, NY 11201

Re: Campbell v. Baum et. Al., Case No.: 10 cv-03800

Dear Honorable Judge Orenstein:

    Attached hereto is Mr. Miller's signature to the settlement agreement. All parties have executed the settlement agreement.  The case is absolutely settled.  Mr. Miller will provide a notarized signature tomorrow that I will e-mail to Defendants to add to the settlement document. Thereupon we can officially file the Stipulation of Discontinuance.

    I advise the Court in advance of filing the Stipulation of Discontinuance so it may free up its calendar of this case for other cases or matters it may have.

    It was a complex and contentious case. I thank Your Honor and your staff for their time in this matter and all counsel involved in reaching an amicable settlement.

Very truly yours,
LAW OFFICES OF SUSAN CHANA LASK

*Susan Chana Lask*
SUSAN CHANA LASK

cc:  Andrew Boese, Esq., Brett Scher, Esq.
     Jeffrey Miller

APR-13-2011 09:56 AM    P.01
04/07/2011 ...
n:Law Offices ... concepcion (17182376891)
Case 1:10-cv-03300-JBW-JO   Document 71   Filed 04/12/11   Page 2 of 2 PageID #: 1061
10:39 04/08/11 GMT-05 Pg 01-01   #3557 P.001/001

STATE OF _New York_ )
                    ) ss.
COUNTY OF _Kings_ )

_Concepcion Campbell_
CONCEPCION CAMPBELL

On the _8_ day of April 2011, before me CONCEPCION CAMPBELL personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_[signature]_
NOTARY PUBLIC

ADA H. SCULLY
Notary Public State of New York
Commission No. 01SC6175680
Qualified in Kings County
Commission Expires 10/15/2011


STATE OF _____ )
                    ) ss.
COUNTY OF _____ )

_[signature]_ 4/12/2011
JEFFREY MILLER
_To Be Notarized_

On the ____ day of April 2011, before me JEFFREY MILLER personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
NOTARY PUBLIC