FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 14 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CONCEPCION CAMPBELL, &
JEFFREY F. MILLER, individually and
for all those similarly situated,

                   Plaintiffs,

-against-

STEVEN J. BAUM, ESQ., STEVEN J. BAUM, P.C.,
STEPHANIE M. VAMPOTIC, DAWN HANZLIK-
HEXEMER, ESQ., JANE & DOES 1-10 AS AGENTS
AND/OR EMPLOYEES RELATED TO STEVEN J.
BAUM, PC, MERSCORP, INC., MORTGAGE
ELECTRONIC REGISTRATIONS, INC., REBECCA
A. COSGROVE & JOHN DOES 1-10 AS AGENTS
AND/OR EMPLOYEES RELATED TO DEFENDANT
MERSCORP, INC.,

                   Defendants.
-------------------------------------------------------------- X

Case No.:
10-cv-3800 (JBW) (JO)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued: (a) **with prejudice** as against defendants STEVEN J. BAUM, ESQ., STEVEN J. BAUM, P.C., STEPHANIE M. VAMPOTIC, DAWN HANZLIK- HEXEMER, ESQ., and JANE & DOES 1-10 AS AGENTS AND/OR EMPLOYEES RELATED TO STEVEN J.BAUM, PC; and (b) **with prejudice** by plaintiff CONCEPCION CAMPBELL as against defendants MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATIONS, INC.; and (c) **without prejudice** by plaintiff JEFFREY MILLLER as against defendants MERSCORP, INC., and MORTGAGE ELECTRONIC REGISTRATIONS, INC.; without costs to any party as against any other party.

Dated: April 11, 2011

*close the case*

SO ORDERED;

_____
Jack Weinstein, U.S.D.J.

4/13/11

LAW OFFICES OF SUSAN CHANA LASK

*[signature: Susan Chana Lask]*

By: Susan Chana Lask, Esq.
Attorneys for Plaintiff
244 Fifth Avenue, Suite 2369
New York, New York 10001
(212) 358-5762

KAUFMAN DOLOWICH VOLUCK & GONZO LLP

*[signature]*

By: Brett A. Scher
Attorneys for Defendants
STEVEN J. BAUM, ESQ.,
STEVEN J. BAUM, P.C.,
STEPHANIE M. VAMPOTIC,
DAWN HANZLIK-HEXEMER, ESQ.,
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

MORGAN, LEWIS & BOCKIUS LLP

*[signature]*

By: Namita E. Mani, Esq.
Attorneys for Defendants MERSCORP, Inc.
and Mortgage Electronic Registrations, Inc.
101 Park Avenue
New York, NY 10178
(212) 309-6000

4835-5401-5753, v. 1

2